# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Wending Mai, | : | No. 4:25-CV-00890 |
| Plaintiff, | : | |
| v. | : | (SCHWAB, M.J.) |
| United States Citizenship and Immigration Services, *et al.*, | : | |
| Defendants. | : | Electronically Filed |

## ORDER

NOW, this 25th day of July, 2025, upon consideration of the Defendants' Motion for Enlargement of Time, **IT IS HEREBY ORDERED THAT** the motion is granted. Defendants shall file a response to the Complaint within one hundred fifty days from the date of this Order, or on or before January 2, 2026.

_____
SUSAN E. SCHWAB
United States Magistrate Judge