# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WENDING MAI,
   Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, Director, USCIS,
   Defendants.

Civil Action No.: No. 4:25-CV-00890 (SES)

a

## FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER THE APA

### INTRODUCTION

1. This is an action under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701–706, challenging the denial of Plaintiff's Form I-140, Immigrant Petition for Alien Worker (EB-2 National Interest Waiver). USCIS denied the petition on August 27, 2025.

2. Plaintiff seeks judicial review because the denial was arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law. The agency misapplied Matter of Dhanasar, 26 I&N Dec. 884 (AAO 2016), disregarded probative evidence, and imposed an improperly heightened standard.

### JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 5 U.S.C. §§ 701–706. USCIS's denial is a final agency action subject to review under the APA.

4. Venue is proper in this District under 28 U.S.C. § 1391(e), as Plaintiff resides in Centre County, Pennsylvania.

### PARTIES

5. Plaintiff Wending Mai is a native of the People's Republic of China who resides in State College, Pennsylvania. He filed an EB-2 NIW petition (Form I-140, Receipt No.

SRC2090089566) in September 2019.

6. Defendant United States Citizenship and Immigration Services ("USCIS") is the federal agency responsible for adjudicating I-140 petitions.

7. Defendant Ur M. Jaddou is the Director of USCIS and is sued in her official capacity.

8. Defendant Texas Service Center is the USCIS office that issued the denial.

**FACTUAL BACKGROUND**

9. Plaintiff filed a Form I-140, EB-2 NIW petition in September 2019. USCIS failed to adjudicate for nearly six years, prompting Plaintiff to file this action on May 20, 2025.

10. On August 27, 2025, USCIS issued a written decision denying Plaintiff's petition.

11. The decision concluded that Plaintiff's proposed endeavor lacked national importance, that Plaintiff was not well-positioned, and that he did not satisfy the Dhanasar balancing test.

12. In reaching this conclusion, USCIS disregarded extensive evidence of Plaintiff's DARPA-funded research, international citations, industry adoption, recognition by Ansys' IP Committee, service as an NSF reviewer, and IEEE Senior Membership.

13. USCIS's decision ignored probative expert testimony and applied a stricter standard than permitted by Matter of Dhanasar.

**CAUSE OF ACTION**
COUNT I – VIOLATION OF THE APA (Arbitrary and Capricious Agency Action)

14. Plaintiff realleges and incorporates by reference the preceding paragraphs.

15. USCIS's denial was arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law, in violation of 5 U.S.C. § 706(2)(A).

16. USCIS misapplied Matter of Dhanasar, disregarded material evidence, and failed to articulate a rational connection between the facts found and the choice made.

**PRAYER FOR RELIEF**
WHEREFORE, Plaintiff respectfully requests that this Court:

a. Declare USCIS's denial of Plaintiff's Form I-140 (EB-2 NIW) unlawful under the APA;

b. Vacate the denial and remand to USCIS for a lawful adjudication;
c. Retain jurisdiction to ensure compliance;
d. Award such other relief as this Court deems just and proper.

Dated: September 12, 2025

Respectfully submitted,

/s/ Wending Mai
_____
Wending Mai (Pro Se)
720 Tanager Drive
State College, PA 16803
A# 213-623-777
Email: maiwending@gmail.com
Phone: (814) 852-9313