UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Wending Mai, | : | No. 4:25-CV-00890 |
| Plaintiff, | : : | |
| v. | : : | (SCHWAB, M.J.) |
| United States Citizenship and Immigration Services, *et al.*, | : : : | |
| Defendants. | : | Electronically Filed |

## MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendants request this Court to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b).

A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has sought the concurrence of *pro se* Plaintiff pursuant to M.D. Pa. Local Rule 7.1 and concurrence was denied.

                                                     Respectfully submitted,

                                                     JOHN C. GURGANUS
                                                     Acting United States Attorney

                                                     /s/ Gerard T. Donahue
                                                     GERARD T. DONAHUE
                                                     Assistant U.S. Attorney
                                                     235 N. Washington Ave
                                                     Suite 311
                                                     Scranton, PA 18503
                                                     Tel: (570) 348-0379
                                                     Fax: (570) 348-2830
                                                     Gerard.Donahue@usdoj.gov

Date:    October 15, 2025             *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Wending Mai, | : | No. 4:25-CV-00890 |
| Plaintiff, | : | |
| v. | : | (SCHWAB, M.J.) |
| | : | |
| United States Citizenship and Immigration Services, *et al.*, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

### CERTIFICATE OF NON-CONCURRENCE

I, Gerard T. Donahue, Assistant United States Attorney, have contacted *pro se* Plaintiff WENDING MAI, who has not yet responded to Defendants' request for Plaintiff's position on the motion to dismiss. As a result, Defendants assume that Plaintiff does not concur in the Defendants' motion.

Respectfully submitted,

JOHN C. GURGANUS
Acting United States Attorney

Dated: October 15, 2025

/s/ Gerard T. Donahue
GERARD T. DONAHUE

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Wending Mai, | : | No. 4:25-CV-00890 |
| | : | |
| Plaintiff, | : | |
| v. | : | (SCHWAB, M.J.) |
| | : | |
| United States Citizenship and | : | |
| Immigration Services, *et al.*, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on October 15, 2025, she served a copy of the attached

### MOTION TO DISMISS FIRST AMENDED COMPLAINT

via first class mail:

Wending Mai
720 Tanager Drive
State College, PA  16803-2502

/s/ Stephanie Kakareka
STEPHANIE KAKAREKA
Legal Administrative Specialist