UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Wending Mai, | : | No. 4:25-CV-00890 |
| Plaintiff, | : | |
| v. | : | (SCHWAB, M.J.) |
| United States Citizenship and Immigration Services, *et al.*, | : | |
| Defendants. | : | Electronically Filed |

## ORDER

NOW, this _____ day of _____, 2025, upon consideration of the Motion to Dismiss by Defendants, IT IS HEREBY ORDERED THAT the motion is granted with a certification that any appeal shall be deemed frivolous, lacking in probable cause, and not taken in good faith.

_____
Susan E. Schwab
United States Magistrate Judge