UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. WENDING MAI, | : CIV. NO. 4:25-cv-00890 |
| Plaintiff, | : |
| v. | : (Magistrate Judge Schwab) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), *et al.*, | : |
| Defendants. | : |

# ORDER
October 30, 2025

On October 15, 2025, the United States Citizenship and Immigration Services (USCIS) filed a motion to dismiss, and on October 29, 2025, it filed a brief in support of that motion. *See docs. 20, 21*. **IT IS ORDERED** that Dr. Wending Mai, on or before **November 13, 2025**, shall file a brief in opposition to the motion to dismiss. Pursuant to Local Rule 7.7, the United States Citizenship and Immigration Services (USCIS) may file a reply brief within 14 days of being served with a copy of Dr. Wending Mai's brief in opposition. All briefs must conform to the requirements of Local Rule 7.8.

*/s/ Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge