**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DR. WENDING MAI, | : |
|    Plaintiff, | : |
| | : Civil Action No. 4:25-cv-00890 |
| v. | |
| UNITED STATES CITIZENSHIP AND | |
| IMMIGRATION SERVICES (USCIS), et al., | : |
|    Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dr. Wending Mai hereby voluntarily dismisses this action without prejudice.

Plaintiff's pending motion at ECF No. 26 is withdrawn as moot.

Dated: April 7, 2026

Respectfully submitted,

/s/ Wending Mai
Dr. Wending Mai
Plaintiff, pro se
720 Tanager Drive
State College, PA 16803
Email: maiwending@gmail.com
Phone: (814) 852-9313

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2026, I served a copy of this Notice of Voluntary Dismissal on counsel of record via the Court's CM/ECF system.

Dated: April 7, 2026

/s/ Wending Mai
Dr. Wending Mai

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DR. WENDING MAI,                                          :
   Plaintiff,                                            :

                                                            : Civil Action No. 4:25-cv-
v.                                                        00890

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES (USCIS), et al.,                    :
   Defendants.

**CERTIFICATE OF USE OF GENERATIVE AI**

     I, Dr. Wending Mai, certify under penalty of perjury that in preparing the attached document titled Notice of Voluntary Dismissal, I used the generative-AI tool "OpenAI ChatGPT (GPT-5)" to assist with drafting and editing.

     I further certify that I personally reviewed and verified the accuracy of all factual statements, procedural statements, and citations contained in the filing before submission.

Dated: April 7, 2026

Respectfully submitted,

/s/ Wending Mai
Dr. Wending Mai
Plaintiff, pro se
720 Tanager Drive
State College, PA 16803
Email: maiwending@gmail.com
Phone: (814) 852-9313